IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NUMBER 21-476** |
| | : | |
| | : | |
| **MITCHELL P. VUKICH** | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                                                        Respectfully submitted,

                                                        */s/ Mark Wilson*
                                                        MARK WILSON
                                                        Senior Trial Counsel

## **CERTIFICATE OF SERVICE**

I, Mark Wilson, Senior Trial Counsel, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing ("ECF") upon:

Jacob Strain
Assistant United States Attorney
United States Attorney's Office
111 South Main Street
Suite 1800
Salt Lake City, UT 84111

                                        */s/ Mark Wilson*
                                        MARK WILSON
                                        Senior Trial Counsel

DATE:  July 1, 2021