UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.** |
| | : | **1:21-MJ-490** (Nicholas J. Perretta) |
| **NICHOLAS J PERRETTA** and | : | **1:21-MJ-476** (Mitchell Paul Vukich) |
| **MITCHELL PAUL VUKICH**, | : | |
| | : | **VIOLATIONS:** |
| Defendants. | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **NICHOLAS J PERRETTA** and **MITCHELL PAUL VUKICH**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530