The Honorable Tanya S. Chutkan
United States District Court Judge
United States District Court for the District of Columbia

Assistant Federal Defender
Federal Community Defender
601 Walnut Street, Suite 540 West
Philadelphia PA 19106-2414

Your Honor,

My name is Kathryn Vukich. I am 81 years old, and I am Mitchell Vukich's grandmother. I have lived a simple and happy life as mother and homemaker while running a small beauty parlor out of my home for over 50 years. My husband Jim is 83 and a retired steel worker. I am having someone type up this letter for me because I'm not very good with computers.

As a baby and child, "Mitchie" and his older brother would sleep at my house every Saturday night. They lived and grew up only a few miles away, so I consider myself very lucky to be such a big part of their lives. I used to read to him while he sat on my lap when he was very young and now, I notice he reads books in his spare time for fun, while most kids his age would rather play video games. He has always been very curious and took an interest in anything and everything involving UFO's.

His brother "A.J." is more serious in nature, and Mitchell has always been the silly one. He has always been a little shy, but when he does speak up, he's usually trying and succeeding in making others laugh. He seems to have a deep desire to cheer up the people around him. To this day, he is extremely unselfish and always looking to help anyone in need of it.

I have three grandchildren, but Mitchell is the only one who lives in our hometown. He stops by to check on us nearly every day. He mows our lawn, he shovels our driveway, and just last week fixed a pipe leaking in our basement. The importance of his presence in our lives cannot be understated. I've often wondered what we do if he wasn't around.

After seeing Mitchell on the news, the day of his arrest, my husband and I have been under unimaginable stress. The news made it seem like he is some kind of "terrorist". That is ridiculous to anyone who really knows him. He is literally the opposite. He's always been the peacemaker in the group. If he sees someone arguing, he's always the one to say something funny to ease the tension and lighten the mood. To the life of me, I can't understand how he got into this mess. From what he told me he was worried about his friend Nick and wanted to get him out of the house to cheer him up. Because of the pandemic, there were no concerts or

sports games to go to, so he got the brilliant idea to take a road trip to Washington D.C. A decision that had had good intentions but changed his life for the worse.

It hasn't been a good year for our family. A couple months after the arrest, we got the news that my husband has cancer and is now in a battle for his life. Mitchell comes to our house every morning and must carry Jim down the stairs and out to the car and drives him to his radiation treatments.

I cried when I heard Mitchell's sentencing hearing was delayed another month. It seems this pain will never end. The anxiety leading up to a hearing where your grandson you love and need so much, could possibly go to prison, is terrible.

Your honor, after reading this letter, I want to you understand that Jim and I feel like we are being sentenced also. Mitchell feels terrible about this whole thing and is feels the guilt of putting this weight on us. Watching Jim go through chemotherapy has made us all aware of how time is the most precious thing on earth. I hope you will find it your heart to show mercy on my grandson.

We all know, especially Mitchell, that he shouldn't have been there that day. We agree that he is guilty of being in area where he had no business being. It doesn't change my opinion of him though. I know Mitchell will pay his fines in full and be willing to do service in the community to make this right.

Sincerely,

*Kathryn Vukich*

Kathryn Vukich