October 29, 2021

The Honorable Tanya S. Chutkan
United States District Court Judge
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC 20001

c/o Mark Wilson
Assistant Federal Defender
Federal Community Defender
601 Walnut Street, Suite 540 West
Philadelphia PA 19106-2414
Mark_Wilson@fd.org.

Dear Honorable Judge Chutkan:

Thank you in advance for your time and consideration. I am pleased to provide you this letter on behalf of Mitchell P. Vukich.

I have known Mr. Vukich his entire life as our family and his have been friends and had children at the same time.

I have been blessed to marry my high school sweetheart, Gary who grew up with Mitch's father Chris. We have two grown young men as children, Adam 28, and Grant 25. Both of our boys have grown up with Mitch and his brother, AJ. On the professional side, I have 30 years of human resource leadership experience in small and large companies. Currently, I am the Chief Human Resource Officer for SAE International, a global membership association serving the aerospace, automotive and commercial vehicle industries.

Our families have been fortunate to raise our kids in a small and close hometown. We've had the chance to watch all four of these boys and their close friends in the normal little boy activities like bike riding, building forts, sled riding and all day playing outside. That evolved to school projects, presentations, sports, dances, and the graduation. It's brought me much joy to watch Adam, AJ, Mitch, and Grant all participate in those things and amazing life learnings along the way.

I have always been impressed by several things about Mitch:

- His love of learning. During his entire school years, he was always reading and that translated into a strong vocabulary. I know his love for reading continues in his young adult years and that he has always appreciated that form of learning.

- I was fortunate to see many of the school, sports, or activities during these years. When I was there, I always saw Mitch engaged and was kind and caring for his friends, fellow students, teammates, and others.

- After college, and as Mitch has recently started his career, he and I happened to work in the same industrial park. There were a couple occasions when he had car issues and I had the chance to give him a ride. They were brief discussions, but I heard in those times his appreciation for the work he was learning and how he'd hoped to make things better through creativity and innovation.

- Perhaps the most compelling thing impresses me about Mitch is his love for family, his parents, brother, and grandparents. His entire life he spent each Sunday with his grandparents, Jim, and Kathryn whom we know and are amazing people. Each week, Mitch went to church with them, had Sunday dinner and then went to the garage with his grandfather. I'm pretty sure Jim taught Mitch everything about fixing a car. In talking with Mitch during and since, I know how much Mitch loved those times with both of them.

I hope this helps explain the young man I know and gives some additional background on his character. If there is anything else I can do, please don't hesitate to contact me at 724-312-7010.

Thank you once again.

Sincerely,

*[signature]*

Melinda D. Rombold