*John Ludwig*
*111 Nelson Avenue*
*New Brighton Pa 15066*

*The Honorable Tanya S. Chutkan*
*United States District Court Judge*
*United States District Court for the District of Columbia*

*Honorable Tanya S. Chutkan;*

*My name is John Ludwig.  I am a retired PA State Trooper of 25 years. I retired as a Corporal in 2009. I am currently the School Police Officer for the Riverside Beaver County School District in Ellwood City PA. I am also a school board director for the New Brighton Area School District, New Brighton Pa, currently serving as President for the board, a position I have held for a number of years. I am writing this letter for Mitchell Vukich, who is before your court because of the unfortunate events of January 6th 2021 at our nation's capital.*

*Mitch asked me kindly if I could write a reference letter, and I am glad that he did. I sincerely feel very concerned about his well-being and future. I hope that this letter will provide assistance for him in this situation.*

*I have known Mitch since he was a child as he is a good friend of my son Andy. They have been friends since Elementary school. I know Mitchell's mother and father and brother A.J. Therefore I have watched Mitch grow from a child to a fine young man. Mitch has always been kind and respectful. He always showed good character when I would see him out and about in town, on the football field and other various occasions. I had the opportunity to teach Mitch in CCD. He attended faithfully and although he did not always agree with my theological ideology, he was always respectful of my beliefs. He would always be willing to donate his time at church events when asked.*

*I always tried to let my son Andy make up his own mind about who he would associate with. I never had any qualms with his close friendship with Mitch.*

*I believe that Mitch made an unwise decision on January 6, 2021. I am convinced that he is very sorry for his actions. I believe this brush with the law has made him more aware of the consequences of his actions.  Mitch is a good person with a great mind and heart and I would hope this one terrible decision will not cause him to suffer in the future.*

*I realize from being in a courtroom numerous times as a detective for the PA State Police that your job is not easy and that you have to evaluate competing considerations in all cases. I do hope that I provided you with a broader perspective of Mitchell's character beyond that which he exhibited on January 6th. Please take into account my assessment of his character when rendering your verdict.*

*Thank you,*

*John Ludwig*

*John Ludwig*