Mr. Frank Phelps
109 Smith Lane
Beaver Falls, PA. 15010
Nov 3, 2021

Honorable Tanya S. Chutkan,
United States District Court Judge,
United States District Court for the District of Columbia
Re: Mitchell Vukich

Dear Judge Chutkan,

My name is Frank Phelps, and I am a science teacher at the New Brighton Area School District in New Brighton, Pennsylvania. I am writing on behalf of Mr. Mitchell Vukich. I am fully aware of the charges against Mitchell and am communicating to you my sincere feelings as to the soundness of Mitchell's character both before, and after, the incident that occurred on January 6, 2021.

I have known Mitchell for 12 years since he was a student of mine in the 2009-2010 school year. It became obvious, even at that early juncture, that Mitchell was not your typical student. His intelligence, maturity, pleasant behavior, dedication, and sense of humor were attributes that were not commonly interwoven in one student.

I can tell you that many of my fellow staff members feel the same way about Mitchell. They all recognized that he was about as well-rounded a student as you could ask for. One of those kids you looked forward to seeing walk into your classroom every day.

My relationship with Mitchell grew even more so during this time period because I was an Academic Games coach for gifted students for much of the entirety of Mitch's school career (8th grade through his senior year). I coached Mitchell, and several other students, in competitive academic games (Academic Games League of America) that eventually led to multiple appearances at national competitions by Mitchell. It was at these multi-day events that I got to know Mitchell better and truly observe the many facets of his character.

While at the national competitions, I would see Mitchell organize the other students into study groups without my prodding. I would see him take younger students "under his wing" and guide them along to help improve their abilities. In these moments, I recognized a seriousness, an ambition, a pride, and a thoughtfulness in Mitchell. I also recognized his ability to make others feel comfortable in situations where they may not normally have felt so. He was always the one to make others around him laugh.

After Mitchell graduated high school, he went on to attend Utah State University. He graduated with a degree in biology and took work in a laboratory setting in Cranberry, Pa. where he worked

for 3 years. He recently gained a newly appointed job working for Niagara Bottling where he has the task of engineering the problematic designs of machines at the facility.

Mitchell and I have kept in contact ever since he graduated from high school, often meeting for dinner during his college breaks and during the summertime. He was, and is, the same generous, thoughtful, and likeable person I have always known him to be. He continues to strive to be a better person and continues to work hard to be a productive citizen. I do not believe that this will ever change.

In speaking with Mitchell since the incident of  Jan 6, 2021 , it is clear he regrets the decision he made that day. It is clear he feels embarrassed about his participation in the events that unfolded that day. What compelled Michell to make that decision that day is unclear to me, but I do know that he has learned from that mistake. I honestly hope for a lenient sentence for Mitchell. Otherwise, I feel this charge against him could negatively impact his future, possibly his new job, his family, and, perhaps, his friends. It is unfortunate that his participation in this incident occurred, but a harsh sentence could do irreparable damage to someone that, I believe, can be not only a productive citizen now, and in the future, but can also be a person others can look up to.

I, admittedly, was surprised when I read the news of Michell's participation that January day but I will tell you that I have yet to know a student, or former student, with the remarkable character strengths that Mitchell displays. And, as someone I consider a friend, it is obvious to me that Mitchell has retained those qualities. I have no doubt he has learned his lesson from this unfortunate period in his life. I have no doubt, if given a second chance, he will lead an exemplary life moving forward.

Respectfully,

*Frank Phelps*

Frank Phelps