The Honorable Tanya S. Chutkan
United States District Court Judge
United States District Court for the District of Columbia

c/o Mark Wilson
Assistant Federal Defender
Federal Community Defender
601 Walnut Street, Suite 540 West
Philadelphia PA 19106-2414
<Mark_Wilson@fd.org>

Your Honor,

I am providing this letter to give you some insight into the character of Mitchell Vukich.

My name is Chris Vukich, a semi-retired financial advisor, and 54 years of age. More importantly, I am Mitchell's father and believe I know him better than most anyone. I'm likely to have had the biggest influence on him that has shaped him into the young man he is today.

When Mitchell returned from college, I offered him to stay at his childhood home with me until he saved enough for a down payment on a home of his own. Living under the same roof, I have unique access to his mindset before and after the day he traveled to District of Columbia in January.

Mitchell has always been **well-liked** amongst his peers. An excellent example is the "Pride and Respect Award" he won his senior year of high school, 2013. Fifty-three of his teammates were to vote for one person that *they respected the most*, not for their athletic ability, but for their qualities as a person. He was willing to mentor the younger players and was a leader by example. Sportsmanship and positive attitude were also contributing factors that were mentioned by his coach when describing him.

**Thoughtful** is the first adjective that comes to my mind when asked to describe Mitchell. I'm always impressed with him especially during the holidays when he gives small but very thoughtful gifts to several people in his life including the parents of friends who has always welcomed him in their home when he was growing up. It seems rare to me for someone his age to be that **considerate**.

When Mitchell moved West to Utah to get his degree in Biology, I wondered if he would ever return to our small hometown of New Brighton, PA. His bonds with his childhood friends and family were so strong, he not only returned, but he plans to stay and build a life here. For that reason, he is **always giving back to the community** in one way or another. For example, the priest of the local church he attends was loved by everyone in our town. Mitchell has always been a favorite of his because of his **willingness to help** anytime help was needed, such

as setting up for the annual church fundraiser, etc. As a teen, he would always do things like shovel the snow off the walkways of our elderly neighbor's property without anyone asking him to do it.  Mitchell is the type of person that friends and family would think of to call first if their car broke down and they were stranded in the middle of the night.

Mitchell is a **peaceful** person. I've always taught my two sons to never intentionally harm another wo/man or their property; and if you do so by accident, make sure you do the honorable thing and remedy the situation as soon as possible. I think he has done great in heeding that advice.

Maybe most of all, Mitchell is **compassionate** and **wise beyond his years**. I you *really* wanted to see what type of person Mitchell is, just watch him with his grandparents. While most grandparents are lucky to get an occasional phone call from their grandchildren, Mitchell seems to understand that time on this earth is precious and visits them daily.
His grandfather has been declining in health the last few years. That, along with nearly all his friends passing away, he was losing his will live. Knowing his grandfather's passion for classic cars, Mitchell decided to buy an old van as a project to restore and asked for his help. They have worked on it for a couple hours nearly every day and it's rekindled his grandfather's spirit in an indescribable way.  Unfortunately, he is now battling cancer. Where is Mitchell during this time? Right there, every single day, consoling his grandmother and helping her in her difficult role as a caretaker.

Living with Mitchell and conversing with him regularly, I can tell you he is deeply regretful for being in attendance that day. When talking about it, it's not only about himself. He understands that his mere presence there may have added to the increasingly threatening mob.

Your Honor, I can also assure you that he is a not a threat to harm anyone.

Sincerely,


/s/ *Chris A. Vukich*